In the Matter of ROSELAND AMUSEMENT Co., INC., Appellant. EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.

Argued April 15, 1946; decided May 29, 1946.

*Michael Halperin* and *Solomon Granett* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran, Orrin G. Judd* and *Otto W. G. Marquard* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.